**Order entered May 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00215-CR

**ZSERON DONTE DUKES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-47055-N**

## ORDER

Before the Court is appellant's May 15, 2019 first motion for extension of time to file appellant's brief. We **GRANT** the motion to the extent we **ORDER** appellant's brief filed on or before **THIRTY DAYS** from the date of this order.

/s/ LANA MYERS
   JUSTICE